ERIC C. BAYER, *ET AL.*, PLAINTIFFS - PETITIONERS, v.
AIRLIFT INTERNATIONAL, INC., *ET AL.*, DEFENDANTS-
RESPONDENTS.

*Messrs. Morrison, Lloyd & Griggs* for the petitioners.

*Messrs. Milton M.* and *Adrian M. Unger. Messrs. Lum,
Buinno & Tompkins* and *Mr. Charles H. Hoens, Jr.* for the
respondents.

March 26, 1968. Denied.

NATIONAL SIDING CORP., PLAINTIFF-RESPONDENT, v.
MICHAEL DI TRIANI, DEFENDANT AND LILLIAN H.
HELLINGHAUSEN, DEFENDANT-PETITIONER.

See same case below : 99 *Super.* 64.

*Mr. Luke F. Binetti* for the petitioner.

*Mr. Louis Asarnow* for the respondent.

March 26, 1968. Granted.

MARY DONATE, PETITIONER-RESPONDENT, v. ALUMINUM
COMPANY OF AMERICA, RESPONDENT-PETITIONER.

*Messrs. Stryker, Tams & Dill* and *Mr. John J. Monigan,
Jr.* for the petitioner.

*Mr. Joseph Butt* for the respondent.

March 26, 1968. Denied.